# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CRIMINAL DIVISION

## COMPLAINT

No. OSW 614-05

District of Columbia ss:

Defendant's Name: Steven Mclaughlin 05051922

(First) (MI) (Last) (PDID) (CCNO)

Address: 15 RITA STREET WEST WARWICK RHODE ISLAND AVE., WASHINGTON DC

On or about April 23, 2005, within the District of Columbia, STEVEN MCLAUGHLIN wrongfully obtained and used property of a value of $250 or more, belonging to JESSE WINEBERRY SR., consisting of TOSHIBA LAPTOP COMPUTER WITH CASE, with the intent to appropriate the property for HIS own use and to deprive JESSE WINEBERRY SR. of a right to and benefit of the property. **(First Degree Theft, in violation of 22 D.C. Code, Section 3211, 3212(a) (2001 ed.))**

1:05-M-89 RWL

Co-Defendants:

NOTE: Pursuant to Act of Congress, July 29, 1970 Pub. L. 91-358, Sec. 210(a), Title II 84 Stat 573 (23 District of Columbia Sec 563). All felony warrants are servable at any place within the United States. Fugitives arrested in other jurisdictions are to be treated pursuant to the Federal Rules of Criminal Procedure as if the warrant had been issued by the United States District Court for the District of Columbia.

Ofc. Kenya L. Jackson
Affiant's Name

Subscribed and sworn to before me this 15 day of June, 2005

(Judge) (Deputy Clerk)

## WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*

WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for Steven Mclaughlin

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued June 15, 2005

Judge
Superior Court of the District of Columbia

| | | | |
|---|---|---|---|
| Sex: Male | DOB: 04/15/1970 | CCN: 05051922 | PDID: |
| Papering Officer: Jackson | | | Badge No.: 494 |

OFFICER MUST EXECUTE RETURN

Officer's Name: Date / Time:

A TRUE COPY
TEST: 6-18-05
Clerk, Superior Court of the District of Columbia
By [signature]
Deputy Clerk

AUSA Signature: W0346918

Fel. I ☐ AFTC ☐ Domestic ☐

# Superior Court of the District of Columbia

## CRIMINAL DIVISION

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

U S W No.: 614-05

| DEFENDANT'S NAME: | | | | CCR: | | PDID: | |
|---|---|---|---|---|---|---|---|
| MCLAUGHLIN, STEVEN K. | | | | 05- 051922 | | | |
| SEX: MALE | RACE: BLACK | D.O.B.: 04/15/1970 | HEIGHT: 603 | WEIGHT: 190 | EYES: BROWN | HAIR: BLACK | COMPLEXION: LIGHT/FAIR |

| | |
|---|---|
| DEFENDANT'S HOME ADDRESS: 15 RITA ST., WEST WARWICK, R.I. 02893, | TELEPHONE NUMBER: (401) 255-4552 |
| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
| COMPLAINANT'S NAME: Wineberry, Jesse Calvin Sr. | |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 2660 Woodley Rd., N.W., Wash., D.C. | 04/23/2005 | 21:30 |

GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:

On April 24, 2005, The complainant reported to the Metropolitan Police Department that his Toshiba laptop computer (Model # satellite M35, Serial # 64085929h) was stolen from inside a ballroom at the Marriot Wardman Park Hotel that is located at 2660 Woodley Rd., N.W., Washington, D.C., PSA 204. The laptop computer was stolen on April 23, 2005 between the hours of 2130 and 2300 hrs., shortly after his presentation.

The complainant stated that he attended conference for the National Association Of Equal Opportunity & Education, at the Marriott Wardman Park that ended on April 24, 2005. During the conference, the complainant's company provided filming, and Steven McLaughlin worked for a company called EPRAV based out of Rhode Island which provided the audio. Representatives from both companies sat at the same table during the conference, and spoke on occasion. The complainant further states that when he discovered his laptop missing, he asked the gentlemen who was seated next to him (later identified as Steven McLaughlin), if he knew the whereabouts of his laptop computer that was seated next to him. After being unable to locate his laptop, the complainant contacted hotel security to report it stolen. Hotel security began to investigate the complainant's report. They were met by the gentlemen who was seated next to the complainant who identified himself to hotel security as Steven McLaughlin. Mr. McLaughlin told hotel security that he had witnessed the complainant leave his laptop computer unattended on at least two occasions on the day it was reported stolen.

The complainant advised Det. Dejuan Williams of the Metropolitan Police Department that his stolen laptop computer was equipped with tracking software, so that it could be traced if it was ever stolen. The company that he hired to trace the laptop, was Absolute Software Corporation. Absolute Software Corporation was notified of the theft and began tracking the stolen laptop computer from the installed software.

On April 26. 2005, Absolute Software Corporation advised Det. Dejuan Willaims at the Metropolitan Police Department that the complainant's stolen laptop called the monitoring center from IP Address 24.250.28.46 on three occassions. The first contact was made on April 25, 2005 at 6:55 PM PST, the second also on April 25, 2005 at 7:11:39 PM PST and the third on May 10, 2005 at 11:48:25 AM PST. Absolute Software Corporation traced IP address 24.250.28.46, and determined that it was assigned to Cox Communications Inc. in Atlanta, GA.

A TRUE COPY
TEST: 6-8-05
Clerk, Superior Court of the District of Columbia

AFFIANT'S SIGNATURE:
X

TO: WARRANT CLERK
PLEASE ISSUE A WARRANT FOR:
MCLAUGHLIN, STEVEN K.

SUBSCRIBED AND SWORN TO BEFORE ME THIS

Deputy Clerk

Charge With: FIRST DEGREE THEFT

DAY OF ______ 20 ___

Tim Lunn

ASSISTANT UNITED STATES ATTORNEY

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT

# Superior Court of the District of Columbia

## CRIMINAL DIVISION

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

U S W No.: 614-05

| DEFENDANT'S NAME: | C C R: | PDID: |
|---|---|---|
| MCLAUGHLIN, STEVEN K. | 05- 051922 | |

| SEX: | RACE: | D.O.B.: | HEIGHT: | WEIGHT: | EYES: | HAIR: | COMPLEXION: |
|---|---|---|---|---|---|---|---|
| MALE | BLACK | 04/15/1970 | 603 | 190 | BROWN | BLACK | LIGHT/FAIR |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 15 RITA ST., WEST WARWICK, R.I. 02893, | (401) 255-4552 |
| **DEFENDANT'S BUSINESS ADDRESS:** | **TELEPHONE NUMBER:** |
| | |

COMPLAINANT'S NAME:
Wineberry, Jesse Calvin Sr.

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 2660 Woodley Rd., N.W.,Washington, D.C | 04/23/2005 | 21:30 |

GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:

Det. Dejuan Williams subpoenaed Cox Communications for subscriber information for IP address 24.250.28.46, and was advised that IP address 24.250.28.46 was permanently assigned to Steven McLaughlin,of 15 Rita St. in West Warwick, RI 02893 hereinafter referred to as the defendant. Mr. McLaughlin's listed phone number with Cox Communications is 401-255-4552, and his account was activated on 09-28-04.

On May 17, 2005, the undersigned affiant spoke with Det. Shariah Landry at the West Warwick Police Department in Rhode Island and requested her assistance in preparing a search warrant for the defendant's home address in an effort to retrieve the complainant's stolen laptop computer. The affiant faxed a copy of the complainant's police report and all other supporting documents regarding this case to Det. Landry and verified by phone that she received each document.

On May 18, 2005 Det. Landry advised that she responded to the Kent County Courthouse in Rhode Island and presented the search warrant that she had prepared to assist the Metropolitan Police Department in recovering the complainant's stolen laptop computer to Judge McLaughlin who signed it.

On May 19, 2005, Det. Landry and other members of the West Warwick Police Department executed the search warrant at the defendant's home address (15 Rita St. , W Warwick, RI 02893) and were unable to locate the complainant's stolen laptop computer. Det. Landry advised that Sgt. Azverde from her department contacted the defendant on his cell phone and informed him about the search warrant and requested that he turn in the stolen laptop computer. At which time, the defendant indicated that he was in New York on business and that he would turn in the stolen laptop computer on May 23, 2005.

On May 23, 2005, the defendant responded into West Warwick Police Department and met with Det. Landry. Det. Landry advised that the defendant gave her a black laptop computer case, and stated that the computer was in the case. Det. Landry opened the case and observed the stolen Toshiba laptop computer, a network card and a CD. Det. Landry advised that she verified the serial numbers on the laptop was the same as the complainant's stolen laptop.

A TRUE COPY
TEST: 6-18-05
Clerk, Superior Court of the District of Columbia
By [signature] Deputy Clerk

AFFIANT'S SIGNATURE:
X

TO: WARRANT CLERK
PLEASE ISSUE A WARRANT FOR:
MCLAUGHLIN, STEVEN K.

Charge With: FIRST DEGREE THEFT

[signature]
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN TO BEFORE ME THIS
______ DAY OF ______________ 20 ____

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT

# Superior Court ot the District of Columbia

CRIMINAL DIVISION

## - AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

U S W No.: 614-05

| DEFENDANT'S NAME: | C C R: | PDID: |
|---|---|---|
| MCLAUGHLIN, STEVEN K. | 05- 051922 | |

| SEX: | RACE: | D.O.B.: | HEIGHT: | WEIGHT: | EYES: | HAIR: | COMPLEXION: |
|---|---|---|---|---|---|---|---|
| MALE | BLACK | 04/15/1970 | 603 | 190 | BROWN | BLACK | LIGHT/FAIR |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 15 RITA ST., WEST WARWICK, R.I. 02893. | (401) 255-4552 |
| **DEFENDANT'S BUSINESS ADDRESS:** | **TELEPHONE NUMBER:** |
| Unknown | Unknown |

COMPLAINANT'S NAME:
Wineberry, Jesse Calvin Sr.

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 2660 Woodley Rd., N.W., Wash., D.C. | 04/23/2005 | 21:30 |

GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:

Det. Landry advised the defendant of his rights and asked if he wanted to give a statement.

The defendant waived his rights and provided a verbal and written statement. According to Det. Landry's interview with the defendant he stated that he was at the conference in Washington, D.C. and sat at the same table as the owner of the stolen laptop computer. When the conference was over, the defendant stated that he broke down his company's equipment and moved it to his storage area. The defendant stated that after he finished moving his equipment he heard that the complainant's laptop computer was missing and did a quick look of his storage area, but did not see the stolen laptop computer. The defendant mentioned that his company had several laptops of their own.

The defendant stated that he did not notice the stolen laptop computer until he was unloading in Rhode Island. The defendant stated that he took the stolen laptop computer home and used it a couple of times, and discarded some paperwork that was in its carrying case.

On June 2, 2005 the undersigned affiant interviewed Kirk Reid (witness), the defendant's supervisor who traveled to the conference in Washington, D.C. with the defendant. Mr. Reid advised that him and the defendant drove to Washington, D.C. in the company's van to attend the conference at the Wardham Park Marriot. Mr. Reid stated that on Sunday, April 24, 2005 that he did the inventory of the equipment that was in the company's van before leaving Washington, D.C. to make sure that all their equipment was accounted for. Mr. Reid confirmed that their was no property other than the property belonging to EPRAV on the van according to his inventory. And once they arrived back in Rhode Island neither the witness nor the defendant unloaded the equipment from the van. They both grabbed their personal belongings from the van and parked it. The warehouse staff unloaded the van next day. Mr. Reid also stated that the defendant had a personal black backpack and large suitcase and if he brought that stolen laptop from Washington, D.C. then he must have concealed it in one of those.

This Investigation concludes that the defendant knew immediately that the complainant's laptop computer was stolen because he was one of the first people that the complainant asked before reporting it to hotel security.

AFFIANT'S SIGNATURE:
X

A TRUE COPY 6-13-05
TEST: Clerk, Superior Court of the District of Columbia

TO: WARRANT CLERK
PLEASE ISSUE A WARRANT FOR:
MCLAUGHLIN, STEVEN K.

Charge With: FIRST DEGREE THEFT

ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN TO BEFORE ME THIS ______ DAY OF ______ 20____

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT

# Superior Court of the District of Columbia

## CRIMINAL DIVISION

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

U S W No.: 614-05

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEFENDANT'S NAME: MCLAUGHLIN, STEVEN K. | | | | | C C R: 05- 051922 | | PDID: |
| SEX: MALE | RACE: BLACK | D.O.B.: 04/15/1970 | HEIGHT: 603 | WEIGHT: 190 | EYES: BROWN | HAIR: BLACK | COMPLEXION: LIGHT/FAIR |
| DEFENDANT'S HOME ADDRESS: 15 RITA ST., WEST WARWICK, R.I. 02893. | | | | | | TELEPHONE NUMBER: (401) 255-4552 | |
| DEFENDANT'S BUSINESS ADDRESS: Unknown | | | | | | TELEPHONE NUMBER: Unknown | |
| COMPLAINANT'S NAME: Wineberry, Jesse Calvin Sr. | | | | | | | |
| LOCATION OF OFFENSE: 2660 Woodley Rd., N.W., Wash., D.C. | | | | | DATE OF OFFENSE: 04/23/2005 | | TIME OF OFFENSE: 21:30 |

GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:

The defendant had immediate access to the stolen laptop computer because he was seated next to it during the conference. When the complainant filed a report with hotel security the defendant approached hotel security and provided a statement that he had in fact observed the complainant's computer being left unattended. According to the witness, the defendant's version of discovering the complainant's property amongst their belongings didn't take place. After the subpoena revealed the subscriber's information it was traced back to the defendant's name and home address. With the search warrant being executed for the defendant's home, he admitted to Rhode Island detective's that he had the computer in his possession. The defendant possessed the stolen property from April 23, 2005 until he was notified by Rhode Island detective's on May 19, 2005 to turn in the computer, thus making no attempts to notify the complainant, his supervisor or hotel security that he had located the complainant's stolen laptop computer.

BASED ON THE ABOVE FACTS AND CIRCUMSTANCES THE AFFIANT BELIEVES THAT PROBABLE CAUSE EXISTS AND REQUEST THAT AN ARREST WARRANT BE ISSUED FOR THE DEFENDANT.

A TRUE COPY
TEST: 6-15-05
Clerk, Superior Court of the District of Columbia
By [signature]
Deputy Clerk

AFFIANT'S SIGNATURE: x Ofc. Kenya L. Jackson

TO: WARRANT CLERK
PLEASE ISSUE A WARRANT FOR:
MCLAUGHLIN, STEVEN K.

SUBSCRIBED AND SWORN TO BEFORE ME THIS 15th DAY OF June 20 05

Charge With: FIRST DEGREE THEFT

[signature]
ASSISTANT UNITED STATES ATTORNEY

[signature]
(JUDGE) ~~(DEPUTY CLERK)~~ SUPERIOR COURT