AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

APPEARANCE

v.

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Steven McLaughlin

I certify that I am admitted to practice in this court.

6/20/05
*Date*

[signature]
*Signature*

Daniel K. Flaherty 2466
*Print Name* *Bar Number*

33 College Hill Rd Warwick RI 02886
*Address*

*City* *State* *Zip Code*

822-1800 x 213 822-1879
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.