# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

**1:05-M-89LO** **DATE: June 20, 2005**

**TITLE: USA v. STEVEN MCLAUGHLIN**

**MAGISTRATE JUDGE: Robert W. Lovegreen**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Stephanie Brown**

**Defendant: Daniel Flathery**

**Probation: Charleen Tryhubczak**

******************************************************************************

**Proceedings: Rule 5 Hearing**

**All counsel of record present. Probation present. Court informs defendant of his rights. Defendant waives identity hearing; Government requests defendant self surrender to the District Court for the District of Columbia; Defendant has no objection. Court orders defendant released on $10,000.00 unsecured bond and to report to the Superior Court in the District of Columbia on June, 27, 2005 at 10:00 a.m. and with additional conditions.**